No. 387. Mitchell, Secretary of Labor, *v.* C. W. Vollmer & Co., Inc. Certiorari, 348 U. S. 886, to the United States Court of Appeals for the Fifth Circuit.

Argued March 3, 1955. Examination of the record raises a question in the Court's mind as to whether this case is moot in view of respondent's completion of his contract. Counsel are invited to submit memoranda upon this point on or before May 14, 1955. See *Commercial Cable Co.* v. *Burleson,* 250 U. S. 360; *United States* v. *W. T. Grant Co.,* 345 U. S. 629. THE CHIEF JUSTICE and MR. JUSTICE BLACK object to this order. *Stuart Rothman* argued the cause for petitioner. With him on the brief were *Solicitor General Sobeloff, Ralph S. Spritzer, Bessie Margolin* and *Sylvia S. Ellison. Eberhard P. Deutsch* argued the cause for respondent. With him on the brief was *René H. Himel, Jr.*